## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHAEHYUN LIM a/k/a CHAE HYUN LIM and DONG GYU NOH,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　-against-<br><br><br>AY CREATIVE, INC. d/b/a AY STUDY, JOHN PARK a/k/a YOHAN PARK, ANDREW KOH a/k/a KYOUNG-WOOK KOH, and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　Defendant(s). | Civil Action No.: 1:24-CV-05530 (JMF)<br><br><br><br><br>**ANSWER**<br><br>**JURY TRIAL DEMANDED** |

Defendants AY CREATIVE, INC. d/b/a AY STUDY (herein after "AY") and JOHN PARK a/k/a YOHAN PARK (herein after "PARK", by way of their attorneys, Song Law Firm, LLC, file their Answer to the Complaint as follows:

### <u>NATURE OF THE ACTION</u>

1. Denied as to these Defendants.

2. Denied as to these Defendants.

3. Denied as to these Defendants.

4. Admitted.

5. Denied as to these Defendants.

6. Denied as to these Defendants.

7. Denied as to these Defendants.

8. Denied as to these Defendants.

9. Without sufficient facts, therefore denied.

10. Denied as to these Defendants

11. Denied as to these Defendants.

12. Denied as to these Defendants.

13. Denied as to these Defendants.

## JURISDICTION AND VENUE

14. Denied as to the RICO Act. Without sufficient facts as to the remainder of the allegations

   in this paragraph, therefore denied.

15. Without sufficient facts, therefore denied.

16. Without sufficient facts, therefore denied.

## PARTIES

17. Without sufficient facts, therefore denied.

18. Without sufficient facts, therefore denied.

19. Admitted.

20. Admitted.

21. Denied.

22. Denied

23. Denied

24. Denied

25. Denied

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted that he was. Denied that he is.

33. Without sufficient facts, therefore denied.

34. Admitted that he was. Denied that he is.

35. Admitted.

36. Admitted.

37. Admitted that there was. Denied that there is.

38. Denied

**FACTUAL ALLEGATIONS**
**Plaintiff Chaehyun Lim a/k/a Chae Hyun Lim**

39. Without sufficient facts, therefore denied.

40. Denied as to these Defendants.

41. Denied as to these Defendants.

42. Denied

43. Denied

44. Denied

45. Denied

46. Denied

47. Denied

48. Denied

49. Denied

50. Denied

51. Denied

52. Denied

53. Denied

54. Denied

55. Denied

56. Denied

57. Denied

58. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

59. Denied

60. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

61. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

62. Denied

63. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

64. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

65. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

66. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

67. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

68. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

69. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

70. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

71. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

72. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

73. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

74. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

75. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

76. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

77. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

78. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

79. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

80. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

81. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

82. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

83. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

84. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

85. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

86. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

87. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

88. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

89. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

90. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

91. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

92. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

93. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

94. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

95. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

96. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

97. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

98. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

99. The allegations of this paragraph are not directed at these Defendants. To the extent they are directed at these Defendants they are denied.

100. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

101. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

102. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

103. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

104. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

105. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

106. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

107. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

108. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

109. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

110. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

111. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

112. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

113. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

114. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

115. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

116. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

117. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

118. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

119. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

120. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

121. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

122. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

123. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

124. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

125. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

126. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

127. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

128. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

129. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

130. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

131. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

132. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

133. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

134. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

135. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

136. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

137. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

138. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

139. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

140. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

141. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

142. Denied as to these Defendants.

143. Denied as to these Defendants.

144. Denied as to these Defendants.

145. Denied as to these Defendants.

146. Denied as to these Defendants.

147. Denied as to these Defendants.

148. Denied as to these Defendants.

149. Denied as to these Defendants.

150. Denied as to these Defendants.

**Plaintiff Dong Gyu Noh**

151. Admitted.

152. Without sufficient facts, therefore denied.

153. Admitted.

154. Without sufficient facts, therefore denied.

155. Without sufficient facts, therefore denied.

156. Without sufficient facts, therefore denied.

157. Admitted.

158. Admitted.

159. Without sufficient facts, therefore denied.

160. Admitted.

161. Denied.

162. Denied.

163. Admitted.

164. Admitted.

165. Without sufficient facts, therefore denied.

166. Without sufficient facts, therefore denied.

167. Without sufficient facts, therefore denied.

168. Without sufficient facts, therefore denied.

169. Without sufficient facts, therefore denied.

170. Without sufficient facts, therefore denied.

171. Without sufficient facts, therefore denied.

172. Without sufficient facts, therefore denied.

173. Without sufficient facts, therefore denied.

174. Without sufficient facts, therefore denied.

175. Without sufficient facts, therefore denied.

176. Without sufficient facts, therefore denied.

177. Without sufficient facts, therefore denied.

178. Without sufficient facts, therefore denied.

179. Without sufficient facts, therefore denied.

180. Without sufficient facts, therefore denied.

181. Without sufficient facts, therefore denied.

182. Without sufficient facts, therefore denied.

183. Without sufficient facts, therefore denied.

184. Without sufficient facts, therefore denied.

185. Without sufficient facts, therefore denied.

186. Without sufficient facts, therefore denied.

187. Without sufficient facts, therefore denied.

188. Without sufficient facts, therefore denied.

189. Without sufficient facts, therefore denied.

190. Without sufficient facts, therefore denied.

191. Without sufficient facts, therefore denied.

192. Without sufficient facts, therefore denied.

193. Without sufficient facts, therefore denied.

194. Without sufficient facts, therefore denied.

195. Without sufficient facts, therefore denied.

196. Without sufficient facts, therefore denied.

197. Without sufficient facts, therefore denied.

198. Without sufficient facts, therefore denied.

199. Without sufficient facts, therefore denied.

200. Without sufficient facts, therefore denied.

201. Without sufficient facts, therefore denied.

202. Without sufficient facts, therefore denied.

203. Without sufficient facts, therefore denied.

204. Without sufficient facts, therefore denied.

205. Without sufficient facts, therefore denied.

206. Without sufficient facts, therefore denied.

207. Without sufficient facts, therefore denied.

208. Without sufficient facts, therefore denied.

209. Without sufficient facts, therefore denied.

210. Without sufficient facts, therefore denied.

211. Without sufficient facts, therefore denied.

212. Without sufficient facts, therefore denied.

213. Without sufficient facts, therefore denied.

214. Without sufficient facts, therefore denied.

215. Without sufficient facts, therefore denied.

216. Without sufficient facts, therefore denied.

217. Without sufficient facts, therefore denied.

218. Without sufficient facts, therefore denied.

219. Without sufficient facts, therefore denied.

220. Without sufficient facts, therefore denied.

221. Without sufficient facts, therefore denied.

222. Without sufficient facts, therefore denied.

223. Without sufficient facts, therefore denied.

224. Without sufficient facts, therefore denied.

225. Without sufficient facts, therefore denied.

226. Without sufficient facts, therefore denied.

227. Without sufficient facts, therefore denied.

228. Without sufficient facts, therefore denied.

229. Without sufficient facts, therefore denied.

230. Denied as to these Defendants.

231. Denied as to these Defendants.

232. Denied as to these Defendants.

233. Denied as to these Defendants.

234. Denied as to these Defendants.

235. Denied as to these Defendants.

236. Denied as to these Defendants.

237. Denied as to these Defendants.

## FIRST CAUSE OF ACTION
### (Federal Civil RICO, 18 U.S.C. § 1962[c])

238. Defendant repeats and realleges each and every answer contained in the preceding paragraphs as if set forth at length herein.

239. Denied as to these Defendants.

240. This paragraph calls for a legal conclusion and no answer is required. To the extent that there are any allegations in this paragraph that do not call for a legal conclusion, they are denied.

241. Denied as to these Defendants.

242. Denied as to these Defendants.

243. Without sufficient facts, therefore denied.

244. Without sufficient facts, therefore denied.

245. Denied as to these Defendants.

246. Without sufficient facts, therefore denied.

247. Without sufficient facts, therefore denied.

248. Without sufficient facts, therefore denied.

249. Without sufficient facts, therefore denied.

250. This paragraph calls for a legal conclusion and no answer is required. To the extent that there are any allegations in this paragraph that do not call for a legal conclusion, they are denied.

251. This paragraph calls for a legal conclusion and no answer is required. To the extent that there are any allegations in this paragraph that do not call for a legal conclusion, they are denied.

252. Denied as to these Defendants.

253. Denied as to these Defendants.

254. Denied as to these Defendants.

255. This paragraph calls for a legal conclusion and no answer is required. To the extent that there are any allegations in this paragraph that do not call for a legal conclusion, they are denied.

256. Denied as to these Defendants.

257. Denied as to these Defendants.

258. Without sufficient facts, therefore denied.

259. This paragraph calls for a legal conclusion and no answer is required. To the extent that there are any allegations in this paragraph that do not call for a legal conclusion, they are denied.

260. Denied as to these Defendants.

261. Denied as to these Defendants.

262. This paragraph calls for a legal conclusion and no answer is required. To the extent that there are any allegations in this paragraph that do not call for a legal conclusion, they are denied.

263. Denied as to these Defendants.

264. Denied as to these Defendants.

265. Denied as to these Defendants.

266. Denied as to these Defendants.

267. Denied as to these Defendants.

268. Denied as to these Defendants.

269. This paragraph calls for a legal conclusion and no answer is required. To the extent that there are any allegations in this paragraph that do not call for a legal conclusion, they are denied.

270. Denied as to these Defendants.

271. Denied as to these Defendants.

272. Denied as to these Defendants.

273. Denied as to these Defendants.

274. Denied as to these Defendants.

275. Denied as to these Defendants.

276. Denied as to these Defendants.

277. Denied as to these Defendants.

278. Denied as to these Defendants.

279. Denied as to these Defendants.

280. Denied as to these Defendants.

281. Denied as to these Defendants.

282. Denied as to these Defendants.

283. Denied as to these Defendants.

284. Denied as to these Defendants.

285. Denied as to these Defendants.

286. Denied as to these Defendants.

287. Denied as to these Defendants.

288. Denied as to these Defendants.

289. Denied as to these Defendants.

290. Denied as to these Defendants.

291. Denied as to these Defendants.

292. Denied as to these Defendants.

293. Denied as to these Defendants.

294. Denied as to these Defendants.

295. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

## SECOND CAUSE OF ACTION
### (Conspiracy to Violate Federal Civil RICO, 18 U.S.C. § 1962[d])

296. Defendant repeats and realleges each and every answer contained in the preceding paragraphs as if set forth at length herein.

297. Denied as to these Defendants.

298. Denied as to these Defendants.

299. Denied as to these Defendants.

300. Denied as to these Defendants.

301. Denied as to these Defendants.

302. Denied as to these Defendants.

303. Denied as to these Defendants.

304. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

## THIRD CAUSE OF ACTION
### (Fraudulent Misrepresentation)

305. Defendant repeats and realleges each and every answer contained in the preceding paragraphs as if set forth at length herein.

306. Denied as to these Defendants.

307. Denied as to these Defendants.

308. Denied as to these Defendants.

309. Denied as to these Defendants.

310. Denied as to these Defendants.

311. Denied as to these Defendants.

312. Denied as to these Defendants.

313. Denied as to these Defendants.

314. Denied as to these Defendants.

315. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

316. The allegations of this paragraph are not directed at these Defendants.  To the extent they are directed at these Defendants they are denied.

## **FOURTH CAUSE OF ACTION**
### **(Fraudulent Concealment)**

317. Defendant repeats and realleges each and every answer contained in the preceding paragraphs as if set forth at length herein.

318. Denied as to these Defendants.

319. Denied as to these Defendants.

320. Denied as to these Defendants.

321. Denied as to these Defendants.

322. Denied as to these Defendants.

323. Denied as to these Defendants.

324. Denied as to these Defendants.

325. Denied as to these Defendants.

326. Denied as to these Defendants.

327. Denied as to these Defendants.

328. Denied as to these Defendants.

329. Denied as to these Defendants.

330. Denied as to these Defendants.

331. Denied as to these Defendants.

332. Denied as to these Defendants.

333. Denied as to these Defendants.

334. This paragraph calls for a legal conclusion and no answer is required. To the extent that there are any allegations in this paragraph that do not call for a legal conclusion, they are denied.

335. Denied as to these Defendants.

336. Denied.

337. Denied as to these Defendants.

338. Denied as to these Defendants.

339. Denied as to these Defendants.

340. Denied as to these Defendants.

## **FIFTH CAUSE OF ACTION**
### **(Aiding and Abetting Fraud)**

341. Defendants repeat and reallege each and every answer contained in the preceding paragraphs as if set forth at length herein.

342. Denied as to these Defendants.

343. Denied as to these Defendants.

344. Denied as to these Defendants.

345. Denied as to these Defendants.

346. Denied as to these Defendants.

347. Denied as to these Defendants.

348. Denied as to these Defendants.

349. Denied as to these Defendants.

350. Denied as to these Defendants.

351. Denied as to these Defendants.

WHEREFORE,  these Defendants demand judgment dismissing Plaintiffs' Complaint in its entirety, and awarding Defendants attorney's fees, cost of suit, interest and any and all further relief that the Court deems just and reasonable.

## AFFIRMATIVE DEFENSES

1.  Plaintiffs have failed to state a claim upon which relief can be granted.

2.  Plaintiffs' claims must be dismissed for lack of subject matter jurisdiction.

3.  Plaintiffs' claims must be dismissed for lack of personal jurisdiction.

4.  Plaintiffs lack standing to bring the claims asserted in the Complaint.

5.  Plaintiffs' claims are barred, in whole or in part, by the doctrine of unclean hands.

6.  Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

7.  Plaintiffs' claims are barred, in whole or in part, by the business judgment rule.

8.  Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, ratification, and/or estoppel.

9.  Plaintiffs' claims, or parts thereof, are barred by the doctrine of accord and satisfaction.

10. Plaintiffs' claims fail, in whole or in part, because these Defendants did not materially breach any term of the alleged agreement.

11. Plaintiffs' claims fail, in whole or in part, because Plaintiffs did not reasonably rely on any promise or conduct by these Defendants

12. Plaintiffs' claims fail, in whole or in part, because any alleged damages were not directly or proximately caused by these Defendants.

13. Plaintiffs have failed to mitigate their damages, if any.

14. Plaintiff's claims fail, in whole or in part, due to Plaintiff's failure to perform under the alleged contract.

15. These Defendants reserve and assert all affirmative defenses available under any applicable law.

16. These Defendants presently have insufficient knowledge or information upon which to form a belief as to whether they may have other, as yet unstated, defenses available. Accordingly, these Defendants reserve the right to supplement this Answer and assert additional affirmative defenses or other defenses at such time and to such extent as warranted by discovery and the factual development of this case.

## CROSSCLAIMS

### AS AND FOR CROSSCLAIMS AGAINST
### CO-DEFENDANT ANDREW KOH a/k/a KYOUNG-WOOK KOH

1. If Plaintiffs sustained the injuries and damages alleged in the Complaint, and if the injuries and damages were not sustained by said Plaintiff's own negligence and culpability, then said injuries and/or damages were sustained by reason of the carelessness, recklessness, negligence, culpability and/or acts of omission and/or commission and/or breach of contract of Defendant Andrew Koh a/k/a Kyoung-Wook Koh, his respective agents, servants and/or

employees without any fault or negligence of the part of the answering Defendants contributing thereto.

2.  If Plaintiffs obtains a judgment against the answering Defendants, then Defendant Andrew Koh a/k/a Kyoung-Wook Koh, will become obligated to either indemnify the answering Defendants for the full amount of judgment or to contribute to the payment of such judgment in a proportion to be determined upon the trial of this action.

3.  Defendants, AY Creative, Inc. d/b/a AY Study and John Park a/k/a Yohan Park, hereby demand common law and statutory contribution from Defendant Andrew Koh a/k/a Kyoung-Wook Koh.

4.  Defendants, AY Creative, Inc. d/b/a AY Study and John Park a/k/a Yohan Park, hereby demand common law indemnity from Defendant Andrew Koh a/k/a Kyoung-Wook Koh.

5.  Defendants, AY Creative, Inc. d/b/a AY Study and John Park a/k/a Yohan Park, hereby demand contractual indemnity from Defendant Andrew Koh a/k/a Kyoung-Wook Koh.

**WHEREFORE,** Defendants, AY Creative, Inc. d/b/a AY Study and John Park a/k/a Yohan Park, demand judgment against the co-defendant, Andrew Koh a/k/a Kyoung-Wook Koh, together with reasonable costs and disbursements of this action including reasonable attorneys' fees and for such other and further relief as this Court deems just and proper.

**Song Law Firm**

DATED: August 30, 2024

Howard Z. Myerowitz, Esq. (HM0972)
Attorney for Defendants
AY Creative, Inc. d/b/a AY Study and
John Park a/k/a Yohan Park
400 Kelby Street, 19th Floor
Fort Lee, New Jersey 07024
Ph: 201-461-0031
Email: HMyerowitz@Songlawfirm.com

24