UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CHAEHYUN LIM et al., :
:
:
Plaintiffs, :
:                    24-CV-5530 (JMF)
-v- :
:                         ORDER
:
AY CREATIVE, INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 10, 2024, the Court issued an Order observing that "Defendants in this action appear to be in default" and inviting Plaintiffs to file any motion for default judgment within two weeks. ECF No. 14. Yesterday, Defendants AY Creative, Inc. and John Park filed an Answer with cross-claims against co-Defendant Andrew Koh. ECF No. 17. In light of the strong presumption in favor of adjudication on the merits, the deadline for Defendants AY Creative, Inc. and John Park to respond to the Complaint is hereby extended, *nunc pro tunc*, through yesterday, September 16, 2024, and their Answer is deemed timely. **The appearing Defendants should take note of the Court's initial Order at ECF No. 9**, which, among other things, scheduled an initial pretrial conference to be held on **October 15, 2024**, at **9:00 a.m.**

      Defendant Andrew Koh, by contrast, appears to remain in default. Any motion for default judgment against Defendant Koh accordingly remains due no later than **September 24, 2024**. Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendant Koh **within two business days of this Order**.

      SO ORDERED.

Dated: September 17, 2024  
       New York, New York                             _____  
                                                           JESSE M. FURMAN  
                                                         United States District Judge