UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CHAEHYUN LIM a/k/a CHAE HYUN LIM and
DONG GYU NOH,

                        Plaintiffs,

-against-

AY CREATIVE, INC. d/b/a AY STUDY,
JOHN PARK a/k/a YOHAN PARK,
ANDREW KOH a/k/a KYOUNG-WOOK KOH,
and DOES 1 through 50, inclusive,

                        Defendants.
------------------------------------------------------------x

Case No.: 1:24-cv-05530-JMF

**PLAINTIFFS' NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ANDREW KOH a/k/a KYOUNG-WOOK KOH**

      **PLEASE TAKE NOTICE** that on September 24, 2024, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Chaehyun Lim a/k/a Chae Hyun Lim and Dong Gyu Noh ("Plaintiffs") shall move before this Court at Courtroom 1105 of the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, before the Honorable Jesse M. Furman, U.S.D.J., for an Order, pursuant to Fed. R. Civ. P. 55(b) and Local Civil Rule 55.2, granting default judgment in favor of Plaintiffs, and against Defendant Andrew Koh a/k/a Kyoung-Wook Koh, on the grounds that said Defendant failed to answer or otherwise defend against the Complaint.

      Plaintiffs rely upon their Memorandum of Law, Declaration of Younghoon Ji, Declaration of Chaehyun Lim a/k/a Chae Hyun Lim, Declaration of Dong Gyu Noh, and attachments thereto.

Dated: September 24, 2024
       New York, New York

                                                   **Respectfully submitted,**

                                                   **AHNE & JI, LLP**

                                                   /s/ Younghoon Ji
                                                   By: Younghoon Ji, Esq.
                                                   *Attorneys for Plaintiffs*

45 East 34th Street, 5th Floor  
New York, New York 10016  
Tel.: (212) 594-1035  
Email: yji@ahnejillp.com

To:    Andrew Koh a/k/a Kyoung-Wook Koh  
142-12 41st Avenue, Apt. #4G  
Flushing, New York 11355

Howard Z. Myerowitz, Esq.  
Song Law Firm  
*Attorneys for Defendants AY Creative, Inc.*  
*d/b/a AY Study and John Park a/k/a Yohan Park*  
400 Kelby Street, 19th Floor  
Fort Lee, New Jersey 07024  
Email: hmyerowitz@songlawfirm.com