# INVOICE

TL Services
2215 Pine Street
Wantagh, NY  11793
Phone (516) 816-0274   Fax (516) 706-0283

Date of Invoice: August 5, 2024

TO:  Younghoon Ji, Esq.
       youngjiesq@gmail.com

RE: AY Creative Inc, d/b/a AY Study

For two subjects: Multiple database searches and reviewed results, Computer searches, Social Media searches, phone calls and report back ………………………………………………………………..... $350.00

Total Due Upon Receipt of Invoice ……………………… $350.00

All invoices payable on receipt of invoice

# INVOICE

TL Services<br>
2215 Pine Street<br>
Wantagh, NY  11793<br>
Phone (516) 816-0274   Fax (516) 706-0283

Date of Invoice: September 20, 2024

TO:  Younghoon Ji, Esq.
      youngjiesq@gmail.com

RE: AY Creative Inc, d/b/a AY Study

Military search on Andrew Koh a/k/a Kyoung-Wook Koh.  Search Completed using both names and certified results obtained and Sent to Law Office.
…………………………………………………………………..... $50.00

Total Due Upon Receipt of Invoice ………………………… $50.00

All invoices payable on receipt of invoice

1930

AHNE & JI, LLP
OPERATING ACCOUNT
45 EAST 34TH STREET 5TH FLOOR
NEW YORK, NY 10016

DATE 9/17/24

1-1196/260

PAY TO THE ORDER OF _TL Services Investigations, LLC_  $ 400.00

_Four Hundred only_ — DOLLARS

SHINHAN BANK AMERICA
www.shbamerica.com
PHONE BANKING (877) 828-7422

FOR _Lim v. AY Creative; Private Investigation_

⑈001930⑈ ⑆026011963⑆ 700000674130⑈