UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CHAEHYUN LIM a/k/a CHAE HYUN LIM and
DONG GYU NOH,

                                  Plaintiffs,

             -against-

AY CREATIVE, INC. d/b/a AY STUDY,
JOHN PARK a/k/a YOHAN PARK,
ANDREW KOH a/k/a KYOUNG-WOOK KOH,
and DOES 1 through 50, inclusive,

                                  Defendants.
------------------------------------------------------------x

Case No.: 1:24-cv-05530-JMF

[Proposed]

**DEFAULT JUDGMENT**
(LIABILITY ONLY)

      This action having been commenced on July 22, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served upon the Defendant, Andrew Koh a/k/a Kyoung-Wook Koh, on August 14, 2024, by personal in-hand delivery upon the Defendant, Andrew Koh a/k/a Kyoung-Wook Koh, and a proof of service having been filed on August 28, 2024 and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

for the reasons discussed on the record earlier today

      **ORDERED, ADJUDGED, AND DECREED**: That the Plaintiffs have judgment against the Defendant, Andrew Koh a/k/a Kyoung-Wook Koh, as to liability only.

~~For Plaintiff Chaehyun Lim a/k/a Chae Hyun Lim, in the liquidated amount of $187,336.08, as treble damages, and for Plaintiff Dong Gyu Noh, in the liquidated amount of $74,065.29, as treble damages, in the total sum of $261,401.37 with interest at 9% per annum from July 22, 2024 amounting to $_____ plus costs and disbursements of this action in the amount of $1,940.00 amounting in all to $_____.~~

Dated: October 22, 2024
        New York, New York

                                                  _____
                                                  Hon. Jesse M. Furman
                                                  United States District Judge

The Clerk of Court is directed to terminate ECF No. 24.