

45 East 34th Street, 5th Floor
New York, New York 10016
Tel.: (212) 594-1035
Email: yji@ahnejillp.com
Website: www.ahnejilaw.com

January 31, 2025

*Via ECF*
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1105
New York, New York 10007

          **Re:** **Chaehyun Lim, et al. v. AY Creative, Inc., et al.**
                **Case No.: 1:24-cv-05530-JMF**

Dear Judge Furman:

      This office represents the Plaintiffs, Chaehyun Lim a/k/a Chae Hyun Lim and Dong Gyu Noh, in the above-referenced matter. Defendants AY Creative, Inc. d/b/a AY Study and John Park a/k/a Yohan Park are represented by Howard Z. Myerowitz, Esq. of Song Law Firm. Defendant Andrew Koh a/k/a Kyoung-Wook Koh is currently in default, and the Court has issued a Default Judgment as to Liability Only against Defendant Andrew Koh a/k/a Kyoung-Wook Koh on October 22, 2024 (ECF Dkt. No.: 40).

      Pursuant to Paragraph 2(D) of Your Honor's Individual Rules and Practices in Civil Cases, we write this letter to respectfully request that the Telephonic Pretrial Conference, currently scheduled for February 18, 2025, at 9:00 a.m., be adjourned to a later date pending completion of the Parties' anticipated Mediation session(s). Defendants consent to this request, and this is our first request for an adjournment of the Pretrial Conference.

      Yesterday, the Mediation Office of SDNY has assigned a Mediator – John S. Siffert, Esq. of Lankler Siffert & Wohl LLP – in this matter, and the Parties will proceed to schedule their first Mediation session with Mr. Siffert. As per the Notice of Assignment of Mediator and Scheduling Deadline, the date, time, and format of the first mediation session should be finalized by March 3, 2025. The Parties intend to make their best efforts to resolve this matter through Mediation.

      For these reasons, we respectfully request that the Telephonic Pretrial Conference, currently scheduled for February 18, 2025, be adjourned to a later date pending completion of the Parties' anticipated Mediation session(s).

We apologize for any inconvenience this may have caused, and we thank the Court for its time and consideration in this matter.

Respectfully submitted,

/s/ Younghoon Ji_____
**AHNE & JI, LLP**
By: Younghoon Ji, Esq.

Application GRANTED. The pretrial conference is hereby ADJOURNED to April 8, 2025, at 9:00 a.m. To enable the parties to focus on settlement, the deadline for the parties to file their proposed joint pretrial order (or motions for summary judgment) is hereby extended to April 22, 2025. The Clerk of Court is directed to terminate ECF No. 44.

SO ORDERED.

January 31, 2025

2