**SONG LAW FIRM**

HQ | PARKER PLAZA
400 KELBY STREET, 19TH FLOOR, FORT LEE, NEW JERSEY 07024
T. 201.461.0031 | F. 201.461.0032
* PLEASE REPLY TO HQ OFFICE ONLY

Howard Myerowitz, ESQ.
LICENSED IN NY, NJ
hmyerowitz@songlawfirm.com

March 18, 2025

<u>*Via ECF*</u>
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1105
New York, New York 10007

   RE: AY Creative, Inc., et al. v. Chaehyun Lim, et al.
   Case No.: 1:24-cv-05530-JMF
   Our Case No.: CL-508-24-NJ

Dear Judge Furman,

 Please be advised that this office represents the Defendant, AY Creative, Inc. in the above-referenced matter and Yohan Park. We are scheduled to appear at the Telephonic Pretrial Conference on April 8, 2025 at 9:00AM.

 In accordance with Paragraph 2(A/D) of Your Honor's Individual Rules and Practices for Civil Cases, I am writing this letter to respectfully request an adjournment for the matter above due to a conflict of schedule. I am previously scheduled to attend an Early Settlement Panel (E.S.P) on April 8, 2025 at 8:30am and a Case Management Conference on the same day at 12pm, in person in Essex County. The name of the case is 'Zixi Wang vs Lichao Zhou' with docket number FM-07-002520-24. Therefore, we respectfully request that the Telephonic Pretrial Conference be rescheduled to a later date. The Plaintiffs' consent to this request, as this is our initial request for an adjournment of the Pretrial Conference.

Application GRANTED. The pretrial conference scheduled for April 8, 2025 is hereby ADJOURNED until **April 9, 2025** at **9:00 a.m.** The Clerk of Court is directed to terminate ECF No. 46.

SO ORDERED.

*/s/ Jesse M. Furman*
March 19, 2025

Respectfully,

SONG LAW FIRM, LLC

By: /s/ Howard Myerowitz
Howard Myerowitz, Esq.
Attorneys for Defendant

HM/yk

**LOCATIONS**
CALIFORNIA | CONNECTICUT | D.C./VIRGINIA | GEORGIA | MARYLAND | MASSACHUSETTS
NEW JERSEY | NEW YORK | PENNSYLVANIA | TEXAS | KOREA | CHINA

WWW.SONGLAWFIRM.COM