UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CHAEHYUN LIM et al., :
:
                          Plaintiffs, :
: 24-CV-5530 (JMF)
     -v- :
: **ORDER**
:
AY CREATIVE, INC., et al., :
:
                          Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated during the teleconference held earlier today, in light of the parties' ongoing efforts to reach a settlement, the deadline for the parties to file their proposed joint pretrial order or motions for summary judgment is hereby extended to **June 2, 2025**. As the Court noted, the parties should not expect any further extensions of the deadline.

      SO ORDERED.

Dated: April 9, 2025
       New York, New York
                                                  JESSE M. FURMAN
                                           United States District Judge