UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CHAEHYUN LIM, et al.,                                              :
:
                Plaintiffs,                             :
:   24-CV-5530 (JMF)
      -v-                                                         :
:   ORDER
AY CREATIVE, INC., et al.,                                         :
:
                Defendants.                             :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       This action has now been dismissed against all Defendants except Andrew Koh, ECF No. 53, against whom the Court previously entered default judgment as to liability only, ECF No. 40. No later than **June 11, 2025**, Plaintiffs shall file a letter addressing next steps for this case. If Plaintiffs believe judgment should be entered against Koh, they shall also submit a proposed judgment with any applicable interest calculations. If Plaintiffs intend to seek prejudgment interest, any proposed judgment should be accompanied by a letter addressing the statutory basis for granting that interest both as to their state-law and federal claims. *See, e.g.*, *Allstate Ins. Co. v. Nazarov*, 11-CV-6187 (PKC), 2015 WL 5774459, at *21 (E.D.N.Y. Sept. 30, 2015) (awarding prejudgment interest as to state law fraud claim but not trebled RICO damages).

       SO ORDERED.

Dated: June 4, 2025
       New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge