UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CHAEHYUN LIM a/k/a CHAE HYUN LIM and
DONG GYU NOH,

                       Plaintiffs,

        -against-

AY CREATIVE, INC. d/b/a AY STUDY,
JOHN PARK a/k/a YOHAN PARK,
ANDREW KOH a/k/a KYOUNG-WOOK KOH,
and DOES 1 through 50, inclusive,

                       Defendants.
------------------------------------------------------------x

Case No.: 1:24-cv-05530-JMF

[Proposed]

**DEFAULT JUDGMENT**

        This action having been commenced on July 22, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served upon the Defendant, Andrew Koh a/k/a Kyoung-Wook Koh, on August 14, 2024, by personal in-hand delivery upon the Defendant, Andrew Koh a/k/a Kyoung-Wook Koh, and a proof of service having been filed on August 28, 2024 and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

        **ORDERED, ADJUDGED, AND DECREED**: That the Plaintiffs have judgment against the Defendant, Andrew Koh a/k/a Kyoung-Wook Koh, as follows:

        For Plaintiff Chaehyun Lim a/k/a Chae Hyun Lim, in the liquidated amount of $187,336.08, as treble damages, and for Plaintiff Dong Gyu Noh, in the liquidated amount of $74,065.29, as treble damages, in the total sum of $261,401.37, plus costs and disbursements of this action in the amount of $1,940.00 amounting in all to $263,341.37. The Clerk of Court is directed to close this case.

Dated:   June 13, 2025
         New York, New York

                                                              **Hon. Jesse M. Furman**
                                                              **United States District Judge**